AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Rocky Shay Franklin<br><br>*Defendant(s)* | Case No. 2:20mj 35-JTA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 10, 2018 - November 17, 2019  in the county of  Butler  in the Middle  District of  Alabama , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:
Please see attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Matthew D. Minshew, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/05/2020

*Judge's signature*

City and state:  Montgomery, Alabama

Jerusha T. Adams, U.S. Magistrate Judge
*Printed name and title*

## Affidavit in Support of a Criminal Complaint

I, FBI Special Agent Matthew D. Minshew, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the FBI Mobile Division, Montgomery Resident Agency (RA). I have been employed with the FBI as a Special Agent since May 2016. As part of my duties as a Special Agent with the FBI, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18 U.S.C. §§ 2251, 2252, and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256)[1] in all forms of media, including computer media. I have also participated in the execution of search warrants involving child exploitation and/or child pornography offenses.

Based on my training and experience as set forth above, I am aware that any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate

---

[1] "'[C]hild pornography' means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct." 18 U.S.C. § 2256(8).

1

or foreign commerce, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; the visual depiction was transported using any means and facility of interstate and foreign commerce; or the visual depiction was transported in and affecting interstate and foreign commerce, is in violation of Title 18, United States Code, Section 2251(a).

2. The statements in this affidavit are based in part on information provided by FBI Special Agents, other law enforcement officers, and on my experience and background as an FBI Special Agent. The information in this affidavit is provided for the limited purpose of establishing probable cause in connection with a criminal complaint charging Rocky Shay Franklin with sexual exploitation of children, in violation of Title 18, United States Code, Section 2251(a). The information is not a complete statement of all the facts related to this case.

3. I have learned through my own investigation or based on investigation by other law enforcement officials that Rocky Shay Franklin (Franklin) has used, persuaded, induced, enticed, or coerced minors to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; the visual depiction was transported using any means and facility of interstate and

foreign commerce; and the visual depiction was transported in and affecting interstate and foreign commerce, in the Middle District of Alabama, in the following manner:

    a.    Between April 2019 and November 2019, the Alabama State Bureau of Investigation received 65 reports from the National Center for Missing and Exploited Children (NCMEC) concerning the online activity of an individual using the name "Rocky Franklin" to solicit or distribute child pornography on Facebook. Also during this time, reports were submitted from Google, Inc., reporting terms of service violations involving accounts associated with Franklin storing child pornography.

    b.    Reports from NCMEC supplied IP address[2] 67.9.43.190 as being associated with the suspected child pornography online activity. The IP address was registered to Cynthia Grant at 368 Gravel Hill Road, Greenville, Alabama. Grant was interviewed on November 16, 2019 by Special Agent Steven Sanders and advised that she let the neighbor kids who reside at 348 Gravel Hill Road, Greenville, AL use her Wi-Fi internet. She did so because the kids played with her grandson. Grant also stated the "gay guy" who lived there was also probably using it. Grant stated the kid's grandmother came over and told her they were all using her internet to look at porn. Grant was also shown an

---

[2] "Internet Protocol address" or "IP address" refers to a unique number used by a computer to access the Internet. IP addresses can be dynamic, meaning that the Internet Service Provider (ISP) assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet. The IP address identifies the location of the computer with which the address is associated. IP addresses can also assist law enforcement in finding a particular computer on the Internet. Typically, an IP address will lead the law enforcement officer to a particular Internet service company, and that company can then identify the account that used the IP address to access the Internet on a given date and time.

Alabama ID photo of Rocky Shay Franklin and she identified him as being the "gay guy" who stayed next door and motioned to the 348 Gravel Hill Road residence.

c.  On November 17, 2019, a search warrant was executed at 348 Gravel Hill Road, Greenville, AL, in Butler County, within the Middle District of Alabama. An individual identified as Rocky Shay Franklin was located at the residence. At the residence, three electronic devices were seized, including an Apple iPhone seized from Franklin.

d.  Franklin was interviewed at the Butler County Jail on November 17, 2019, after waiving his *Miranda* rights and signing a waiver of rights form. Franklin admitted to possessing child pornography and stated there would likely be thousands of child pornography images on his phone. Franklin admitted to producing reproductions of child pornography by taking screenshots. Franklin admitted having a sexual interest in young boys.

e.  On ~~October~~ November 17, 2019, the iPhone cellular device, phone number (334) 662-8422, seized from Franklin during the search warrant execution at 348 Gravel Hill Road, Greenville, Alabama, was forensically examined by Alabama State Bureau of Investigation Special Agent Steven Sanders. During the examination of the iPhone device, images and videos depicting Franklin sexually assaulting multiple minor children were discovered.

f.  Franklin's iPhone examination summary is as follows:

The examination identified 3,635 image files (Photos) of investigative interest to include:

        1,383 images of Child Abuse Materials
        570 images of Child exploitation or age difficult images

4

        198 production images depicting Child Victim 1(CV1) (Identified Victim)
        123 production images depicting Child Victim 2 (CV2) (Identified Victim)

The examination identified 111 video files of investigation interest to include:

        103 videos depicting Child Abuse Materials
        7 videos depicting Child exploitation or age difficult materials
        9 production videos depicting the sexual abuse of CV1
        6 production videos depicting the sexual abuse of CV2

  g.    Franklin's web search history included:

      i.    A Pornhub.com search for information on payments for video views, charging for downloads, and how to receive payments for videos.

      ii.    Two August 15, 2019 searches for, "What is the law in Alabama on selling nude pictures without permission".

      iii.    Numerous other searches for male child pornography using the following child pornography search terms: "teen", "twink", "gay boys", etc.

  h.    Further review of Franklin's web browser history revealed links to Pornhub.com where videos or clips were uploaded to the account of "Cooter Shooter". Analysis also revealed that Pornhub.com was sending emails to cootershooter4@gmail.com, addressing the usernames: "Cooter Shooter" and "uRockMyCock". The email cootershooter4@gmail.com is an email account stored on Franklin's Apple iPhone. The videos that where uploaded to Pornhub.com user "Cooter Shoooter" were also stored directly on Franklin's iPhone. In at least one of the videos uploaded to Pornhub.com, an adult male that appears to be Franklin is seen performing a sexual act on a young male that appears to be CV1, who appears to be under the age of 18. Another video shows the

same adult male performing sexual acts on a ~~~~ prepubescent male that appears to be CV2 and appears to be under the age of 18. Through further analysis of Franklin's phone, Google records, and PornHub.com records, Sanders determined that the videos were produced in Oregon on multiple dates beginning on or about July 10, 2018 through approximately November 11, 2018.

i. Descriptions of the videos depicting CV1 and CV2 are as follows:

   i. Video one depicts a nude prepubescent male having his penis rubbed by Franklin. Franklin uses his mouth and tongue on the victim's buttocks and anus. Franklin also rubs his penis on the victim's buttocks and anus. Franklin has what appears to be an open sore on his penis as he rubs it against the victim's buttocks and anus.

   ii. Video two depicts a prepubescent male asleep on the floor. Franklin is observed rubbing his penis up and down between the victim's buttocks and ejaculating between the victims buttocks.

   iii. Video three depicts a prepubescent male partially dressed with his pants pulled down and Franklin rubbing and touching the victim's buttocks and anus with his hands and fingers.

   iv. Video four depicts a prepubescent male asleep on the floor with his pants partially down. Franklin touches the victim's buttocks and anus with his hands and fingers. Franklin then rubs his penis over the victim's buttocks, as if masturbating.

Examination of the device indicated Franklin was actively selling and distributing these files to individuals.

j.  Pornhub.com records indicate child pornography videos were uploaded from the "Cooter Shooter"/"uRockMyCock" account beginning on May 30, 2019 at 11:52 PM UTC from IP address 174.255.192.116 leased to Verizon Wireless. Additionally, 23 other videos were uploaded to the account's page the last being on October 11, 2019 at 12:02 PM from IP 174.255.192.116 leased to Verizon Wireless. The IP records indicate the files were uploaded through a Verizon Wireless account as well as stationary locations in Greenville, AL, and Montgomery, AL, as the account was accessed on multiple days from both locations. The last login to PornHub.com was made on Saturday October 12, 2019 at 6:20 PM from IP 174.255.194.118.

k.  The Apple iPhone containing the produced child pornography images of CV1 and CV2 was manufactured in China.

l.  Pornhub.com pays advertisement revenue to actors based on the number of site visits. Franklin researched how much he would be paid for ad revenue. Pornhub.com allows actors to charge users for video downloads. Franklin's account "uRockMyCock" had multiple videos of CV1 available for sale for $15 to 20 dollars per download. Some videos received over 150,000 views.

m.  Pornhub.com's policies concerning account setup require individuals to provide identifying documents to Pornhub.com for verification purposes. The policy requires two forms of identification to verify an actor's identity, including (1) a photo id; and (2) a picture of the actor holding a sign with the username displayed. Records provided by

Pornhub.com in a search warrant response provided two images associated with the account setup of "uRockMyCock". The first image was an Oregon Identification card issued on September 6, 2018 to Rocky Shay Franklin, DOB \*\*/\*\*/1985. The second image was a photograph showing a person appearing to be Rocky Franklin holding a handwritten sign with, "uRockMyCock on PornHub.com", written down. The account information also indicated the user/"actor"/"model" name was Rocky Franklin with an address of 348 Gravel Hill Road, Greenville, AL.

Images that where sent to Pornhub.com for verification of account:




n.   Pornhub.com servers are located in Cyprus, Greece.

o.   Chat logs discovered on Franklin's iPhone and Facebook account indicated he had numerous chats regarding the produced images of CV1 and CV2 being distributed to multiple individuals by Franklin. Some chats indicated the second parties were making requests for additional image/video productions of CV1 and CV2. Chat logs also

8

indicated Franklin was actively trading and distributing other child abuse/exploitation materials through MEGA and Google links accounts. Chat logs indicated Franklin was actively seeking out other "like-minded" individuals interested in child exploitation materials.

p.  CV1 was interviewed by a forensic interviewer. CV1 disclosed he was sexually assaulted by Franklin. CV1 stated that during one of the sexual assaults Franklin took a long video during the incident.

q.  CV2 was interviewed by a forensic interviewer. CV2 did not disclose he was sexually assaulted by Franklin, but stated Franklin seemed "kind of creepy". CV2 identified himself in one of the images depicting Franklin sexually assaulting CV2. Chat messages from Franklin's Facebook account indicate Franklin drugged CV2 with over six doses of Benadryl in an attempt to keep CV2 from waking up.

Based on my training and experience, it is my belief that probable cause exists to arrest Rocky Shay Franklin for violation of Title 18, United States Code, Section 2251(a) sexual exploitation of children.

I swear under penalty of perjury that the foregoing is true and correct.

*[signature]*
Matthew D. Minshew
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 5th day of February, 2020.

*[signature]*
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF ALABAMA