IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2020 FEB 12 P 3: 02

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:20cr39-WKW-SRW |
| | ) | [18 U.S.C. § 2251(a) and (e)] |
| ROCKY SHAY FRANKLIN | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

(Sexual Exploitation of a Child)

Beginning on or about July 10, 2018 through on or about October 17, 2019, in Butler County, within the Middle District of Alabama, and elsewhere, the defendant,

ROCKY SHAY FRANKLIN,

did and did attempt to employ, use, persuade, induce, entice, and coerce any minor, to wit: Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and transporting and transmitting such visual depiction using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT 2

(Sexual Exploitation of a Child)

Beginning on or about July 10, 2018 through on or about October 17, 2019, in Butler County, within the Middle District of Alabama, and elsewhere, the defendant,

ROCKY SHAY FRANKLIN,

did and did attempt to employ, use, persuade, induce, entice, and coerce any minor, to wit: Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and transporting and transmitting such visual depiction using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

FORFEITURE ALLEGATION

A.      The allegations contained in Counts 1 and 2 of this indictment are incorporated by reference for alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

B.      Upon conviction for the violations of Title 18, United States Code, Section 2251(a) and (e), as alleged in Counts 1 and 2 of this indictment, the defendant,

ROCKY SHAY FRANKLIN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

(1)      any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received

2

in violation of Title 18, United States Code, Chapter 110;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and,

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

Such property includes, but is not limited to: an Apple iPhone 6, bearing IMEI number 355789073163791.

C. If any of the property described above, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

All pursuant to Title 18, United Sates Code, Section 2253.

3

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Hollie W. Reed
Assistant United States Attorney

_____
MaryLou E. Bowdre
Assistant United States Attorney

_____
R. Randolph Neely
Assistant United States Attorney

4