IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUL 1 4 2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:20-CR-39-WKW-SRW |
| | ) | [18 U.S.C. § 2251(a) and (e); |
| ROCKY SHAY FRANKLIN | ) | 18 U.S.C. § 2251(d) and (e); |
| | ) | 18 U.S.C. § 2252A(a)(2) and (b); |
| | ) | 18 U.S.C. § 2252A(a)(4)(B) and (b); |
| | ) | 18 U.S.C. § 2252A(a)(1) and (b); |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) and (b)] |
| | ) | |
| | ) | SUPERSEDING INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Sexual Exploitation of a Child)

Beginning on or about July 10, 2018 through on or about October 17, 2019, in Butler County, within the Middle District of Alabama, and elsewhere, the defendant,

## ROCKY SHAY FRANKLIN,

employed, used, persuaded, induced, enticed, and coerced and attempted to employ, use, persuade, induce, entice, and coerce any minor, to wit: Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and transporting and transmitting such visual depiction using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2
(Sexual Exploitation of a Child)

Beginning on or about July 10, 2018 through on or about October 17, 2019, in Butler County, within the Middle District of Alabama, and elsewhere, the defendant,

## ROCKY SHAY FRANKLIN,

employed, used, persuaded, induced, enticed, and coerced and attempted to employ, use, persuade, induce, entice, and coerce any minor, to wit: Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and transporting and transmitting such visual depiction using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 3
(Advertising Child Pornography)

Beginning on or about June 6, 2019 until on or about October 17, 2019, in Butler and Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

## ROCKY SHAY FRANKLIN,

knowingly made and published and caused to be made and published a notice and advertisement seeking and offering to produce, display, distribute, and reproduce a visual depiction the production of which involved the use of a minor engaging in sexually explicit conduct and which depiction was of such conduct; and the defendant knew and had reason to know that such notice

2

and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and such notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Section 2251(d) and (e).

COUNT 4<br>(Distribution of Child Pornography)

On or about February 15, 2019, in Butler County, within the Middle District of Alabama, and elsewhere, the defendant,

ROCKY SHAY FRANKLIN,

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

COUNT 5<br>(Distribution of Child Pornography)

On or about October 11, 2019, in Butler County, within the Middle District of Alabama, and elsewhere, the defendant,

ROCKY SHAY FRANKLIN,

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and

3

affecting interstate and foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

### COUNT 6
(Sale of Child Pornography)

On or about May 30, 2019 until on or about October 17, 2019, in Butler and Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

ROCKY SHAY FRANKLIN,

knowingly possessed with intent to sell any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Section 2252A(a)(4)(B) and (b).

### COUNT 7
(Transportation of Child Pornography)

On or about May 11, 2019, in Butler County, within the Middle District of Alabama, and elsewhere, the defendant,

ROCKY SHAY FRANKLIN,

knowingly transported any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Section 2252A(a)(1) and (b).

4

## COUNT 8
### (Possession of Child Pornography)

On or about October 17, 2019, in Butler County, within the Middle District of Alabama, and elsewhere, the defendant,

### ROCKY SHAY FRANKLIN,

knowingly possessed material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

A.     The allegations contained in Counts 1 through 8 of this Superseding Indictment are incorporated by reference for alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

B.     Upon conviction for the violations of Title 18, United States Code, Sections 2251 and 2252A as alleged in Counts 1 through 8 of this Superseding Indictment, the defendant,

### ROCKY SHAY FRANKLIN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

(1)     any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or

5

received in violation of Title 18, United States Code, Chapter 110;

(2)     any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and,

(3)     any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

Such property includes, but is not limited to: an Apple iPhone 6, bearing IMEI number 355789073163791.

C.     If any of the property described above, as a result of any act or omission of the defendant:

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with, a third party;

(3)     has been placed beyond the jurisdiction of the court;

(4)     has been substantially diminished in value; or

(5)     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

All pursuant to Title 18, United Sates Code, Section 2253.

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Hollie W. Reed
Assistant United States Attorney

_____
MaryLou E. Bowdre
Assistant United States Attorney

_____
R. Randolph Neely
Assistant United States Attorney

7