IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:20cr039-WKW |
| | ) | |
| ROCKY SHAY FRANKLIN | ) | |

## UNITED STATES' MOTION TO WITHDRAW COUNSEL

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney, Middle District of Alabama, and respectfully requests that former Assistant United States Attorney R. Randolph Neeley be granted leave to withdraw from the above-styled case. Assistant United States Attorney Verne H. Speirs will continue representing the United States on all remaining forfeiture matters.

Respectfully submitted this 24th day of September, 2020.

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

**/s/R. Randolph Neeley**
R. RANDOLPH NEELEY
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Telephone: (334) 223-7280
Facsimile: (334) 223-7106
E-mail: Verne.Speirs@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
      )
    v.      )      Case No. 2:20cr039-WKW
      )
ROCKY SHAY FRANKLIN      )

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to all

counsel of record.

Respectfully submitted,

**/s/R. Randolph Neeley**
R. RANDOLPH NEELEY
Assistant United States Attorney