IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA         )
                                 )
        v.                       )        CASE NO. 2:20-CR-39-WKW
                                 )
ROCKY SHAY FRANKLIN              )

## **ORDER**

Guardian *ad litem* Clay Phillips is ORDERED to file a status report **on or before March 1, 2022**. The status report should be filed under seal. To the extent possible, the United States Attorney, Federal Defender's Office, and United States Probation Office shall cooperate and assist the guardian *ad litem* in his investigation.

DONE this 28th day of January, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE