IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-cr-39-WKW |
| | ) | |
| ROCKY SHAY FRANKLIN | ) | |

## **FINAL ORDER OF FORFEITURE**

Pending before the Court is the United States' Motion for an Amended Preliminary Order of Forfeiture.  (Doc. # 112.)

On August 17, 2021, this Court entered a Preliminary Order of Forfeiture ordering defendant Rocky Shay Franklin to forfeit his interest in an Apple iPhone, model MQ42LL/A, bearing serial number DNPW32EKHYFK.  (Doc. # 64.)

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant.  The government gave the defendant notice in the Superseding Indictment that it would seek the forfeiture of (1) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross

profits or other proceeds obtained from the offense; and, (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses in violation of 18 U.S.C. §§ 2251 and 2252A.  (Doc. # 25.)

The Court finds that the defendant has an interest in the property that is subject to forfeiture pursuant 18 U.S.C. § 2253, and that the United States has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. §§ 2251 and 2252A.

It is therefore ORDERED that the United States' Motion for a Final Order of Forfeiture (Doc. # 112) is GRANTED as follows:

1.      The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253:  an Apple iPhone, model MQ42LL/A, bearing serial number DNPW32EKHYFK.

2.      All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law;

3.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4.      The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

DONE this 19th day of May, 2022.

/s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE